RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 17 2015
Abel Acosta, Clerk

In re                          | Court of Criminal Appeals
                               | Texas
Charles Everett Walton Jr.     | Case No.: F1219728-A

## NOTICE of Change of Address

The above case was forwarded, June 6th, 2015, to the Court of Criminal Appeals from the 145th District Court of Nacogdoches County, Texas for Final Review and Determination of Applicant, Charles Walton's, Application for Habeas Relief.

Applicant's new address is:

Charles Walton
4610 Herschell St.
Houston, TX 77028

Please forward all future correspondences to the above address.

Respectfully Submitted,

Date: June 14, 2015

Applicant-Charles Walton Jr.